### 13074. ALLEN *v.* CRAWFORD.

LUKE, J. The pleadings and the legal evidence in this case demanded a verdict for the defendant, and it was not error for the court to direct such a verdict.

> *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
>
> DECIDED APRIL 13, 1922.

Complaint; from Sumter superior court — Judge Littlejohn. October 15, 1921.

*W. T. Lane, J. A. Hixon, R. L. Maynard,* for plaintiff.

*Wallis & Fort,* for defendant.